FILED
MAR 11 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTONIO DURAN LOPEZ<br>　aka Miguel Angel Bautista,<br><br>　　　　　Defendant. | Criminal Case No. '08CR 688 WQH<br><br><u>I N F O R M A T I O N</u><br><br>Title 18, U.S.C., Sec. 1546 - Fraud and Misuse of Visas, Permits, and Other Documents |

The United States Attorney charges:

On or about February 10, 2008, within the Southern District of California, defendant ANTONIO DURAN LOPEZ aka Miguel Angel Bautista, attempted to use or possessed a document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States knowing it to have been procured by fraud or unlawfully obtained, to wit, California Identification Card number A5478377 and a California, Certified Abstract of Birth, both bearing the name Miguel Bautista; in violation of Title 18, United States Code, Section 1546.

DATED: 3/11/08

KAREN P. HEWITT
UNITED STATES ATTORNEY

DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:pcf:San Diego
2/25/08