AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED MAR 11 2008

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | |
| ANTONIO DURAN LOPEZ<br>aka Miguel Angel Bautista | CASE NUMBER 08 CR 688 WQH |

I, ANTONIO DURAN LOPEZ aka Miguel Angel Bautista, the above named defendant, who is accused of:

Title 18, U.S.C., Sec. 1546 - Fraud and Misuse of Visas, Permits, and other Documents,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3-11-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

ANTONIO DURAN LOPEZ
Defendant

ELMER JOSEPH COX II
Counsel for Defendant

Before _____
JUDICIAL OFFICER